# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie D. Worley, Jr. ,

    Plaintiff(s),

vs.

State of North Carolina,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV484

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2009 Order.

Signed: December 1, 2009

Frank G. Johns, Clerk
United States District Court